UNITED STATES DISTRICT COURT FILED 18 MAY '16 14:26 USDC-ORE

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    vs.<br><br>JOHN BLAYNE VANGASTEL,<br><br>                    Defendant. | Case No. 6:16-CR-219-MC<br><br>**INFORMATION**<br><br>**Count 1: Interference With Housing Right**<br>42 U.S.C. § 3631(a) |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Interference With Housing Right)**

On or about December 30, 2015, in the District of Oregon, defendant JOHN BLAYNE VANGASTEL, by threat of force, did willfully injure, intimidate and interfere with, and attempt to injure, intimidate and interfere with, H.T., L.T., Lo. T, Ho. T., D.A., U.A., C.A., and T.A., individuals of Vietnamese descent, because of their national origin and because they were and had been occupying a dwelling.

All in violation of 42 U.S.C. § 3631(a).

Dated this 18 day of May 2016.

BILLY J. WILLIAMS
United States Attorney

WILLIAM E. FITZGERALD
Assistant United States Attorney

VANITA GUPTA
Principal Deputy Assistant Attorney General
United States Department of Justice
Civil Rights Division

FOR  /s/ *[signature]*
FARA GOLD
Trial Attorney
Criminal Section